## MAKAH INDIAN TRIBE *v.* TAX COMMISSION OF WASHINGTON ET AL.

No. 52.  Decided October 14, 1968.

*James J. McArdle* for appellant.

*John J. O'Connell,* Attorney General of Washington, and *Timothy R. Malone* and *J. Richard Duggan,* Assistant Attorneys General, for appellee Tax Commission of Washington.

*Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for the United States, as *amicus curiae.*

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## DESERT OUTDOOR ADVERTISING, INC. *v.* COUNTY OF SAN BERNARDINO.

No. 114.  Decided October 14, 1968.

*J. Perry Langford* for appellant.

*William Sabourin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.